**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Pacific 9 Transportation, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-1355525** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2045 East Carson Street, Unit B**<br>**Carson, CA 90810** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Pacific 9 Transportation, Inc.**                                     Case number (*if known*) _____
_____
Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Pacific 9 Transportation, Inc.**                                      Case number (if known) _____
        Name

---

**11.** **Why is the case filed in this district?**    Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

        Contact name _____

        Phone _____

---

■    **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **Pacific 9 Transportation, Inc.**                                    Case number (*if known*) _____
          Name

<hr>

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 26, 2016**
               MM / DD / YYYY

X **/s/ Le Phan**                                              **Le Phan**
  Signature of authorized representative of debtor             Printed name

Title    **CFO**

**18. Signature of attorney**

X **/s/ Vanessa M. Haberbush**                     Date    **April 26, 2016**
  Signature of attorney for debtor                         MM / DD / YYYY

**Vanessa M. Haberbush**
Printed name

**Haberbush & Associates, LLP**
Firm name

**444 West Ocean Boulevard**
**Suite 1400**
**Long Beach, CA 90802**
Number, Street, City, State & ZIP Code

Contact phone    **(562) 435-3456**        Email address

**287044**
Bar number and State

## RESOLUTION OF THE DIRECTORS
## AUTHORIZING CHAPTER 11 BANKRUPTCY FILING
## AND RETENTION OF THE COUNSEL

On April 25, 2016, a meeting of the directors of Pacific 9 Transportation, Inc. (the "Corporation") was convened at 10:00 a.m. All directors were present and with notice of a meeting having been waived and it being determined that due to the financial circumstances of the Corporation, it was unanimously:

**RESOLVED** that the Corporation be authorized to file a petition seeking relief under Chapter 11 of Title 11 of the *United States Code* and that any and all of the following directors: Chris Hong, President; Alan Ta, Vice President; and Le Phan, Secretary, each be authorized to execute such documents as are necessary and appropriate to make such filing and to proceed with the Chapter 11 bankruptcy case.

**IT WAS FURTHER RESOLVED** that the Corporation is hereby authorized to employ HABERBUSH & ASSOCIATES, LLP as its general bankruptcy counsel in the Chapter 11 bankruptcy case.

Dated: April 25, 2016                By: _____

                                        Chris Hong, President of Pacific 9 Transportation, Inc.

Dated: April 25th, 2016              By: _____

                                        Alan Ta, Vice President of Pacific 9 Transportation, Inc.

Dated: April 25th, 2016              By: _____

                                        Le Phan, Secretary of Pacific 9 Transportation, Inc.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Pacific 9 Transportation, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Albert Yoo 5217 Marathon St. #9 Los Angeles, CA 90038 | Jean H. Choi jchoi@laane.org (213) 977-9400 Ext. 107 | Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031727, Labor Commissioner, State of California, Case No. 0 | Disputed | | | $306,730.85 |
| Amador Rojas 264 E Santa Anita Ave #F Burbank, CA 91502 | Jean H. Choi jchoi@laane.org (213) 977-9400 Ext. 107 | Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031720, Labor Commissioner, State of California, Case No. | Disputed | | | $299,923.05 |
| Daniel Linares 217 S. Avenue 64, Apt #24 Los Angeles, CA 90042 | Jean H. Choi jchoi@laane.org (213) 977-9400 Ext. 107 | Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031710, Labor Commissioner, State of California, Case No. | Disputed | | | $187,157.31 |
| DAVID SOLIS RENTERIA 3611 PARK DR Pico Rivera, CA 90660 | Jean H. Choi jchoi@laane.org (213) 977-9400 Ext. 107 | Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031731, for Labor Claim. | Disputed | | | $254,791.23 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Pacific 9 Transportation, Inc.**
     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Douglas Herrera** P.O. Box 9492 Long Beach, CA 90810 | **Jean H. Choi** jchoi@laane.org (213) 977-9400 Ext. 107 | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031741, Labor Commissioner, State of California, Case No.** | **Disputed** | | | $391,826.94 |
| **Eliceo Pelayo** 1339 W. Shamrock St. Rialto, CA 92376 | **Stephen Glick and Anthony Jenkins** sglick@glicklegal.com (213) 387-3400 | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031715, Labor Commissioner, State of California, Case No.** | **Disputed** | | | $284,380.87 |
| **Erving Carias Orellana** 11371 5th Street Hesperia, CA 92345 | **Jean H. Choi** jchoi@laane.org (213) 977-9400 Ext. 107 | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031723, Labor Commissioner, State of California, Case No.** | **Disputed** | | | $218,038.13 |
| **Fariborz Rostamian** 13342 Diamond Head Dr. Tustin, CA 92780 | **Jean H. Choi** jchoi@laane.org (213) 977-9400 Ext. 107 | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031730, Labor Commissioner, State of California, Case No.** | **Disputed** | | | $239,169.04 |
| **FAUSTINO CASTILLO DENOVA** 807 1/2 E. 23RD STREET Los Angeles, CA 90011 | **Jean H. Choi** jchoi@laane.org (213) 977-9400 Ext. 107 | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031711, Labor Commissioner, State of California, Case No.** | **Disputed** | | | $212,477.92 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Pacific 9 Transportation, Inc.** | | Case number *(if known)* | |
| --- | --- | | --- | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Gilberto Camacho 17054 Cambria Ave. Fontana, CA 92336** | **Stephen Glick and Anthony Jenkins** <br><br>**sglick@glicklegal.com** <br>**(213) 387-3400** | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031732, Labor Commissioner, State of California, Case No.** | **Disputed** | | | **$314,778.83** |
| **Hugo Pelayo 1339 W. Shamrock St. Rialto, CA 92376** | **Stephen Glick and Anthony Jenkins** <br><br>**sglick@glicklegal.com** <br>**(213) 387-3400** | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031716, Labor Commissioner, State of California, Case No.** | **Disputed** | | | **$336,999.11** |
| **Ismael Portillo 349 W 70Th St. Los Angeles, CA 90003** | **Jean H. Choi** <br><br>**jchoi@laane.org** <br>**(213) 977-9400 Ext. 107** | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031687, Labor Commissioner, State of California, Case No.** | **Disputed** | | | **$331,449.24** |
| **Jose A. Jimenez 6319 Turnergrove Dr. Lakewood, CA 90713** | **D. Briana Rivera, Esq.** <br><br>**briana@mcavoyrivera.com** <br>**(619) 260-1323** | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031724, Labor Commissioner, State of California, Case No.** | **Disputed** | | | **$176,962.60** |
| **Jose Madrigal 6939 Coachella Ave. Long Beach, CA 90805** | **Jean H. Choi** <br><br>**jchoi@laane.org** <br>**(213) 977-9400 Ext. 107** | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031686, Labor Commissioner, State of California, Case No.** | **Disputed** | | | **$261,971.56** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Pacific 9 Transportation, Inc.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jose Moran 38030 Calcedony Ct. Palmdale, CA 93552** | **Jean H. Choi jchoi@laane.org (213) 977-9400 Ext. 107** | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031685, Labor Commissioner, State of California, Case No.** | **Disputed** | | | **$287,853.05** |
| **Julio Cervantes 1600 N. Stanton, PL #21 Long Beach, CA 90804** | **Jean H. Choi jchoi@laane.org (213) 977-9400 Ext. 107** | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031714, Labor Commissioner, State of California, Case No.** | **Disputed** | | | **$305,990.10** |
| **Pedro Martinez 9485 Hemlock Ave. Fontana, CA 92335** | **Jean H. Choi jchoi@laane.org (213) 977-9400 Ext. 107** | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031735, Labor Commissioner, State of California, Case No.** | **Disputed** | | | **$232,495.96** |
| **Ricardo Galindo 3333 W. 115th Street Inglewood, CA 90303** | **Jean H. Choi jchoi@laane.org (213) 977-9400 Ext. 107** | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031740, Labor Commissioner, State of California, Case No.** | **Disputed** | | | **$186,304.26** |
| **Rigoberto Monarrez 10301 Long Beach Blvd. Apt#G Lynwood, CA 90262** | **Jean H. Choi jchoi@laane.org (213) 977-9400 Ext. 107** | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031719, Labor Commissioner, State of California, Case No.** | **Disputed** | | | **$242,733.02** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Pacific 9 Transportation, Inc.**
Name _____

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Victor Torres 1301 Taft Hwy Space# 8 Bakersfield, CA 93307** | **Jean H. Choi**  **jchoi@laane.org (213) 977-9400 Ext. 107** | **Judgment Entered 2/2/2016, Superior Court of California, County of Los Angeles Case No. NS031688, Labor Commissioner, State of California, Case No.** | **Disputed** | | | **$210,582.62** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Pacific 9 Transportation, Inc.
2045 East Carson Street, Unit B
Carson, CA 90810


Vanessa M. Haberbush
Haberbush & Associates, LLP
444 West Ocean Boulevard
Suite 1400
Long Beach, CA 90802


AAA FLORES TRUCKING LLC
6653 FULTON AVE
Van Nuys, CA 91401


ABEL LEMUS
805 10TH STREET, APT #E
Imperial Beach, CA 91932


Abraham Gabriel Morales
6628 Lemp Ave. # 5
North Hollywood, CA 91606


ADRE YUSI
547 E Lincoln St
Carson, CA 90745


ADRIAN CARRERA
120 N. ROSE AVE
Compton, CA 90221


AGUSTIN GARCIA
8125 S. HOOPER AVE
Los Angeles, CA 90001

ALAN QUACH
7716 HIGHCLIFF ST
Rosemead, CA 91770


ALAN TA
2020 Ardsheal Dr
La Habra, CA 90631


ALBERT JOHNSON II
1558 CLEVELAND STREET
San Bernardino, CA 92411


ALBERT YOO
5217 Marathon St. #9
Los Angeles, CA 90038


Alejandro E Velez
990 W. 3rd
San Pedro, CA 90731


Alex Velez
990 W. 3rd Street
San Pedro, CA 90731


ALEXANDER I. LOPEZ
5121 EVERETT AVE
Maywood, CA 90270


ALEXANDRA MARTINEZ
18843 Mt. Morgan Cir
Fountain Valley, CA 92708

ALISON TRUONG
3547 Ellis Ln
Rosemead, CA 91770


ALVARO OCHOA
8255 EL MONT AVE
Pico Rivera, CA 90660


ALVARO VILLARANLEU
5868 GOTHAM STREET
Bell Gardens, CA 90201


Amador Rojas
264 E Santa Anita Ave #F
Burbank, CA 91502


AMI PATEL
1129 W. Pacific Coast Hwy
Wilmington, CA 90744


AMY CHEA
429 S NEW AVE #2
Monterey Park, CA 91755


ANDREW DOAN
1156 W. Duarte Rd #2
Arcadia, CA 91007


ANDREW TA
505 N SIERRA VISTA ST, APT A
Monterey Park, CA 91755

ANGEL JUAN GARCIA
4307 HORNBROOK AVE
Baldwin Park, CA 91706


ANGELO LEE
8081 8TH STREET #101
Buena Park, CA 90621


ANTHONY RUIZ
4257 GAVIOTA AVE
Long Beach, CA 90807


ANTONIO MENDOZA
1921 SOUTH WOODLAND PLACE
Santa Ana, CA 92707


ARISTIDES A. MEJIA
3448 SHIPWAY AVE
Long Beach, CA 90808


Armando Galvan
1000 S Chester Ave
Compton, CA 90221


Armando Galvan
c/o MCAVOY & RIVERA
3008 First Avenue
San Diego, CA 92103


Arturo Canut
320 E 65th St
Los Angeles, CA 90003

Arturo Canut Sosa
320 E 65th St
Los Angeles, CA 90003


ARTURO SOTO
1016 E. MAURETANIA ST
Wilmington, CA 90744


Atkinson, Andelson, Loya, Ruud & Ro
12800 Center Court Drive South,
Suite 300
Cerritos, CA 90703


B AND R TRANSPORT LLC
1011 N BANNING BLVD
Wilmington, CA 90744


BENJAMIN ROMERO
943 LIME AVE APT# 5
Long Beach, CA 90813


BERNABE ROBLES
12542 PARAMOUNT BLVD, APT 205
Downey, CA 90242


BEVERLY RIVERA
2115 GALE AVE
Long Beach, CA 90810


BINH TRAN
14547 Rath St
La Puente, CA 91744

Birch Communications
PO Box 105066
Atlanta, GA 30348-5066


Board of Equalization
Account Information Group, MIC 29
PO Box 942879
Sacramento, CA 94279-0029


BON SIK KOO
7086 MELROSE ST #C
Buena Park, CA 90621


Brandon C Le
6332 Amy Ave.
Garden Grove, CA 92845


BREANNA HANKINS
12826 Corlett Ave
Los Angeles, CA 90059


Brian Banh
6111 Chippewa Dr.
Westminster, CA 92683


BRUCE LEE
655 N. COMMONWEALTH AVE., APT# 201
Los Angeles, CA 90004


BRYAN BAE
5099 VIA BRENDA
La Palma, CA 90623

Bryant Thuy Nguyen
15972 Commonwealth Pl
Westminster, CA 92683


BYEON HOKIL
19609 Vega Way
Rowland Heights, CA 91748


Byron A Monzon Franco
3132 Chadwick Dr
Los Angeles, CA 90032


California Labor Commissioner
Department of Industrial Relations
Division of Labor Standards Enforce
300 Oceangate, Suite 302
Long Beach, CA 90802


California State Disbursement Unit
Attn. Cesar Garay
PO Box 989067
West Sacramento, CA 95798


California State Disbursement Unit
Attn. Emilio Lavenant
PO Box 989067
West Sacramento, CA 95798


California State Disbursement Unit
Attn. Juan Munoz
PO Box 989067
West Sacramento, CA 95798


CAM DIEP
3245 Stevens Ave
Rosemead, CA 91770

Can V Nguyen
12221 Beach Blvd, Apt 7F
Garden Grove, CA 92841


Canh H Nguyen
1575 Primm Ave
San Jose, CA 95122


CARLOS A ROSALES
P.O. Box 2446
Downey, CA 90242


Carlos A. Tejada
2519 E. Spaulding St.
Long Beach, CA 90804


CARLOS ALONZO QUINTERO
344 N. ORANGE AVE.
Rialto, CA 92376


CARLOS ANTONIO AGUILAR
14117 ANDERSON ST, APT #4
Paramount, CA 90723


CARLOS ANTONIO AREVALO
1485 W. 154TH STREET
Compton, CA 90220


CARLOS ANTONIO FUENTES
38744 36TH STREET EAST
Palmdale, CA 93550

Carlos E Carrillo
1020 N. Orange Ave.
La Puente, CA 91744


Carlos Enrique Herrera Aguilar
207 S. Echo St.
Anaheim, CA 92804


CARLOS ENRIQUE TREJO
3425 ELLISON ST
Los Angeles, CA 90063


Carlos Garcia
802 N Laurel Street
Compton, CA 90220


Carlos Humberto Rivera Figueroa
1402 S. Oleander Ave.
Compton, CA 90220


CARLOS MARROQUIN
3645 ALHAMBRA LANE
Perris, CA 92571


Carlos Quintero
185 North Sycamore Avenue
Rialto, CA 92376


Cesar Efrain Garay
7232 Milton Ave. #B
Whittier, CA 90602

CESAR ROJAS
23229 Panama Avenue
Carson, CA 90745


CHARLES TANG
11020 CALIFA ST
North Hollywood, CA 91601


CHARLIE LOT
4524 E Galeano St
Long Beach, CA 90815


Chi Van Tran
14292 Nola St.
Westminster, CA 92683


CHRIS HONG
20403 VIA MEDICI
Porter Ranch, CA 91326


Christian Rafael Lechuga
1625 W. 219th Street, Apt #2
Torrance, CA 90501


CHRISTOPHER LOPEZ
2811 ZOE AVE
Huntington Park, CA 90255


CHUL LEE
269 S. CORONADO STREET
Los Angeles, CA 90057

CLARENCE ALVAREZ
22841 SHELL DR
Carson, CA 90745


CLAUDIA PARRA RODRIGUEZ
632 Junipero Ave Apt #4
Long Beach, CA 90814


CONCEPCION MENDIETA
11863 E 168TH STREET
Artesia, CA 90701


Dagoberto Rodriguez Ortiz
645 N. Alexandria Ave. #5
Los Angeles, CA 90004


Daniel C Linares
217 S. Avenue 64, Apt #24
Los Angeles, CA 90042


DANIEL KIM
9201 PARK STREET
Bellflower, CA 90706


Daniel Linares
217 S. Avenue 64, Apt #24
Los Angeles, CA 90042


DANIEL MORENO
2101 N GRAPE AVE
Compton, CA 90222

DANNY CHHAN
302 N NICHOLSON AVE.
Monterey Park, CA 91755


DANNY GARCIA
1283 1/2 West 36th Street
Los Angeles, CA 90007


DANNY OSMIN ZAMORA
15762 HAYLAND STREET, UNIT #E
La Puente, CA 91744


DAT NGUYEN
7881 21st, Unit B
Westminster, CA 92683


DAVID DUONG
100 W. Palm Dr.
Arcadia, CA 91007


David Figueroa
2272 KENDALL DR
San Bernardino, CA 92407


DAVID HUMBERTO FIGUEROA
2272 KENDALL DR
San Bernardino, CA 92407


DAVID MARTINEZ
1105 N Marine Ave
Wilmington, CA 90744

DAVID MOON
42 ROSEMONT, AVE #6
Los Angeles, CA 90026


David Nguyen
13202 Dapple Gry Rd.
Garden Grove, CA 92843


DAVID SOLIS RENTERIA
3611 PARK DR
Pico Rivera, CA 90660


DIANA LOPEZ
2428 1/2 BOULDER ST
Los Angeles, CA 90033


Dimas Lemus Martinez
1065 E. 57TH STREET
Los Angeles, CA 90011


DON LAM
5044 ENFIELD AVE.
Encino, CA 91316


DONI H LINARES
1154 W. 70TH STREET
Los Angeles, CA 90044


DOUGLAS EDBILTON HERRERA
P.O. Box 9492
Long Beach, CA 90810

Douglas Herrera
P.O. Box 9492
Long Beach, CA 90810


Dung K Tran Minh
1613 S. Douglas Street
Santa Ana, CA 92704


DUONG NGUYEN
2322 W MONTA VISTA AVE
Santa Ana, CA 92704


Edgar R Ramirez
2126 S Burnside Ave
Los Angeles, CA 90016


Edgard A Hernandez
2025 W Cambridge St.
Los Angeles, CA 90006


EDWARD BURGOS
3300 MAINE AVE
Long Beach, CA 90806


EDWIN CARDENAS
16034 TULSA ST
Granada Hills, CA 91344


ELENE UNG
2668 SICHEL STREET
Los Angeles, CA 90031

Eliceo Pelayo
1339 W. Shamrock St.
Rialto, CA 92376


Emilio Lavenant
1320 W. Maurentania Street
Wilmington, CA 90744


Employment Development Dept.
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001


Enrique Navarro
3672 Lynwood Rd.
Lynwood, CA 90262


ENRIQUE T. MENDOZA
962 SANTA ANA STREET
Calexico, CA 92231


Erick A Castillo
1252 W 90Th Place
Los Angeles, CA 90044


ERNESTO SOTO SERNA
1634 Gardena Avenue
Long Beach, CA 90813


ERNESTO YUPE RODRIGUEZ
2010 Pine Ave #2
Long Beach, CA 90806

ERVIN CARIAS ORELLANA
11371 5TH AVE
Hesperia, CA 92345


Erving Carias Orellana
11371 5th Street
Hesperia, CA 92345


ESLY NAHUN LOYO
1340 WATSON APT# D
Wilmington, CA 90744


EUGENE CHO
13040 Point Reyes Pl
Cerritos, CA 90703


EUGENIA HSIEH-ATILON
11911 Blythe St
North Hollywood, CA 91605


Fariborz R Sharifabad
13342 Diamond Head Dr.
Tustin, CA 92780


Fariborz Rostamian
13342 Diamond Head Dr.
Tustin, CA 92780


Farrah Mirabel & Dimuth Amaratunge
Law Offices of Farrah Mirabel
4590 MacArthur Boulevard, Suite 280
Newport Beach, CA 92660

FAUSTINO CASTILLO DENOVA
807 1/2 E. 23RD STREET
Los Angeles, CA 90011


FEISAL MENDIETA
11863 168th Street
Artesia, CA 90701


FERNANDO BURGOS
3031 PACIFIC AVE
Long Beach, CA 90806


Fernando Flores Zamora
6334 Bear Ave. #A
Bell Gardens, CA 90201


Fernando S Garcia
5226 Borland Rd
Los Angeles, CA 90032


FLOR LOMELI
1464 Chestnut Ave Apt #8
Long Beach, CA 90813


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Francisco Castro Hernandez
6049 Cedar Creek Rd.
Corona, CA 92880

Francisco O. Ramos Henriquez
518 N. Mar Vista Ave
Wilmington, CA 90744


Frank A. Rodriguez
16410 Parthenia St
North Hills, CA 91343


Fred Hernandez
12020 S. Main Street
Los Angeles, CA 90061


Freddie Burgos
3300 Maine Ave.
Long Beach, CA 90806


Fredy Hernandez Padilla
4331 Los Flores Blvd.
Lynwood, CA 90262


Gabriel Choi
1560 OTTERBEIN AVE APT#150
Rowland Heights, CA 91748


Garram Trucking, LLC
1055 Watson Avenue
Wilmington, CA 90744


GEORGE HOANG
15620 Cristalino St
Hacienda Heights, CA 91745

GEOVANY MARTINEZ
256 WEST 8TH STREET
San Pedro, CA 90731


Gerardo Guerrero
5301 Lemon Ave.
Long Beach, CA 90805


Gilberto Camacho
17054 Cambria Ave.
Fontana, CA 92336


Gilberto Camacho Amador
17054 Cambria Ave.
Fontana, CA 92336


Gregorio Velasquez Menjivar
14249 Broadway Ave., Apt. 104
Whittier, CA 90604


GUILLERMO ANTONIO MACHADO
9205 ARTESIA BLVD APT 17
Bellflower, CA 90706


GUSTAVO LOPEZ
1229 W 164TH ST #C
Gardena, CA 90247


HA LY
9781 EL GRECO CIRCLE
Fountain Valley, CA 92708

HAKIM NEDJAR
2914 W. 168 ST.
Torrance, CA 90504


HAN KIM
1206 S. Victoria Ave
Los Angeles, CA 90019


Hector Antonio Platero
8434 Tweedy LN, Apt#216
Downey, CA 90240


HENRY SERNA
7643 CALMCREST DRIVE
Downey, CA 90240


Heriberto Gonzalez
7502 Loch Alene Ave.
Pico Rivera, CA 90660


Hilario Guerrero
1320 W. Mauretania St.
Wilmington, CA 90744


Hilarion M. Guerrero
1320 W. Mauretania St.
Wilmington, CA 90744


Hugo J. Pelayo
1339 W. Shamrock St.
Rialto, CA 92376

Hugo Pelayo
1339 W. Shamrock St.
Rialto, CA 92376


HUITRON TRUCKING
1650 HIGHLAND
Santa Ana, CA 92703


HUMBERTO MENDOZA
1900 RANCHO FRONTERA APT# H63
Calexico, CA 92231


Il Sun Cha
1404 Forest Glen Dr. Apt #71
Hacienda Heights, CA 91745


IN JIN CHA
1920 S. SARAZEN CT
La Habra, CA 90631


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Centralized Insolvency Operations
PO Pox 73466
Philadelphia, PA 19101-7346


IRENE KLEINBAUER
1721 Coronado Ave #303
Long Beach, CA 90804

Ismael E Portillo Munoz
349 W 70Th St.
Los Angeles, CA 90003


Ismael Portillo
349 W 70Th St.
Los Angeles, CA 90003


JAE H. SON
827 S. MANHATTAN PL APT#214
Los Angeles, CA 90005


JAIHIL INCORPORATION
3210 SANDWOOD ST
Lakewood, CA 90712-3433


Jaime D Lopez
2452 W. 11th St. Apt # 2
Los Angeles, CA 90006


Jaime Lopez Guerrero
1311 E. 53rd
Long Beach, CA 90805


Jaime M Guerrero
3210 Sandwood Street
Lakewood, CA 90712


Jaime Magdaleno
7204 MONITOR
Bakersfield, CA 93307

JAIME O. RAMOS-GARCIA
6606 MENLO AVE
Los Angeles, CA 90044


JAMES CHOI
2275 CALLE BIENVENIDA
Chino Hills, CA 91709


JAMES EUNGOO LEE
2576 Coventry Cir
Fullerton, CA 92833


JAMES KERR
1029 E. Artesia Blvd, APT #9
Long Beach, CA 90805


JANETH PEREZ
15351 Woodruff Place Apt #59
Bellflower, CA 90706


JB EXPRESS TRANSPORT INC
2406 ALLGEYER AVE.
El Monte, CA 91732


Jean H. Choi
Los Angeles Alliance for a New
Economy
464 Lucas Avenue, Suite 202
Los Angeles, CA 90017


JEFF H CHOI
1052 S. MARIPOSA AVE APT#104
Los Angeles, CA 90006

JENNIFER NGO
3605 S OXFORD CRT.
Rowland Heights, CA 91748


JESSICA BENITEZ
16710 Orange Ave. S-85
Paramount, CA 90723


JESSIE LAM
1113 ANDERSON WAY
San Gabriel, CA 91776


Jesus A. Barraza Carrasco
13807 Portofino St.
Fontana, CA 92336


JESUS ALEXIS JR VELASCO
575 N. WILMINGTON BLVD, APT #F
Wilmington, CA 90744


Jesus G Maldonado
13050 Doty Ave., Apt # 29
Hawthorne, CA 90250


Jesus Maldonado
13050 Doty Ave., Apt # 29
Hawthorne, CA 90250


JESUS NAVARRO
7635 WEXFORD AVE
Whittier, CA 90606

Jesus Velasco
575 N. Wilmingtion #F
Wilmington, CA 90744


JOHN CHOI
1555 W 224th St #13
Torrance, CA 90501


JOHN PAEK
435 South Virgil Ave #228
Los Angeles, CA 90020


JOHNNY HONG
5282 Richmond Ave
Garden Grove, CA 92845


JOHNSON CHEA
1613 SOUTH 2ND ST., APT. E
Alhambra, CA 91801


JONG WON PARK
5576 ORANGE AVE
Cypress, CA 90630


JORGE ENRIQUE BOBADILLA
2406 ALLGEYER AVE
El Monte, CA 91732


Jorge L. Saucedo
513 S. Gilbert St.
Fullerton, CA 92833

Jose A Jimenez
6319 Turnergrove Dr.
Lakewood, CA 90713


Jose A Miranda Minero
7025 Woodman Ave Apt#26
Van Nuys, CA 91405


Jose A. Galindo
3333 W. 115th St.
Inglewood, CA 90303


Jose A. Jimenez
6319 Turnergrove Dr.
Lakewood, CA 90713


Jose Alago Rosado
5570 Lime Ave
Long Beach, CA 90805


Jose Alvarez
9505 S Maie Avenue
Los Angeles, CA 90002


JOSE BICTOR ALDANA
060 W. KENSINGTON RD  11
Los Angeles, CA 90026


Jose D Moran
38030 Calcedony Ct.
Palmdale, CA 93552

Jose David Calderon
2533 Sastre Ave.
South El Monte, CA 91733


JOSE ESPINOZA
2280 LEWIS AVE, APT D
Long Beach, CA 90806


JOSE FLORES
11942 ROCKVIEW DR.
Anaheim, CA 92804


JOSE G. CHAVEZ
3120 SAWTELLE BLVD #304
Los Angeles, CA 90066


JOSE G. VELASQUEZ
14249 Broadway Ave. Apt # 104
Whittier, CA 90604


Jose Galindo
C/O Jean H. Choi
Los Angeles Alliance for a New Econ
464 Lucas Avenue, Suite 202
Los Angeles, CA 90017


JOSE LUIS CORTES
12717 COMETA  AVE
San Fernando, CA 91340


Jose M Avina Guerrero
1019 Magnolia Ave.
Long Beach, CA 90813

Jose Madrigal
6939 Coachella Ave.
Long Beach, CA 90805


JOSE MAGANA
1520 West 107 St.
Los Angeles, CA 90047


JOSE MANCIA
16158 DEL NORTE DRIVE
Victorville, CA 92395


Jose Manuel Guerrero
1019 Magnolia Ave.
Long Beach, CA 90813


Jose Manuel Gutierrez Miramontes
125 W. Caldwell St.
Compton, CA 90220


Jose Maria Rodriguez
11180 Blackwood St.
Fontana, CA 92337


Jose Moran
38030 Calcedony Ct.
Palmdale, CA 93552


Jose R Lopez
1623 S. Menlo Ave #5
Los Angeles, CA 90006

Jose Rigoberto Ramos
8023 Comstock Ave, Apt B
Whittier, CA 90602


Jose V Munoz
2345 Myrtle Ave.
Long Beach, CA 90806


Jose Valadez Arevalos
2353 Wisteria Rd.
Perris, CA 92571


Juan Aguilar Pantoja
2700 Delta Ave.
Long Beach, CA 90810


JUAN AGUILERA PANTOJA
2700 Delta Ave
Long Beach, CA 90810


Juan Carlos Ardon Cabrera
6710 Gifford Ave, Apt D
Bell Gardens, CA 90201


Juan Carlos Fausto
4918 E. San Vicente St.
Compton, CA 90220


JUAN HUITRON
12350 RUSSELL AVE
Chino, CA 91710

JUAN LUIS MUNOZ
6930 GALE AVE
Long Beach, CA 90805


JUAN LUIS MUNOZ
c/o Juan Munoz
6930 GALE AVE
Long Beach, CA 90805


Julio Cervantes
1600 N. Stanton, PL #21
Long Beach, CA 90804


Julio Cesar Cervantes
1600 N. Stanton, PL #21
Long Beach, CA 90804


JULIO CESAR MENDEZ
374 1/2 E. 116 Street
Los Angeles, CA 90061


Kabateck Brown Kellner, LLP
644 S. Figueroa Street
Los Angeles, CA 90017


Kambiz Behdinian
24092 Lindley St.
Mission Viejo, CA 92691


KAMYAR ROSTAMIAN
7978 FALCON VIEW DR
Antelope, CA 95843

KARLA ALVAREZ
4039 W. 182nd Street, Apt A
Torrance, CA 90504


KENNETH BRADFORD JR COMBS
34 E. 95TH STREET
Los Angeles, CA 90002


KEVIN A. RODAS
1340 WATSON AVE, APT# A
Wilmington, CA 90744


KEVIN BONUITO
10312 Kristen St
Cypress, CA 90630


KEVIN PHAN
9877 DEBIOIS AVE
Fountain Valley, CA 92708


Khalil A Martin
12844 Lorna Street
Garden Grove, CA 92841


Khanh V Dang
13962 Heidi St.
Garden Grove, CA 92843


KIMS TRANS INC
16312 LONGWORTH AVE
Norwalk, CA 90650

KRISTINE NGUYEN
13421 Browning Pl
La Puente, CA 91746


KUO LIU
2322 1/2 EASTLAKE AV
Los Angeles, CA 90031


KWANG KUN LEE
12521 PEPPERCREEK LN
Cerritos, CA 90703


KYONG HWA PAK
2625 SOUTH HARGRAVE DRIVE
Los Angeles, CA 90026


Law Offices of Stephen Glick
1055 Wilshire Boulevard, Suite 1480
Los Angeles, CA 90017


LAZARO VARGAS
1003 NORTH MOHAWK AVE
Anaheim, CA 92801


LE PHAN
740 Estrella Avenue
Arcadia, CA 91007


Leon T Nguyen
13202 Hoover St. #74
Westminster, CA 92683

Lily Davy Keo
20726 Thornlake Ave.
Lakewood, CA 90715


LILY PHAM
706 Lookout Dr., Unit #1
Los Angeles, CA 90012


LINO CARRILLO
754 E. 92nd Street
Los Angeles, CA 90002


Lorenzo Chavez
13431 San Antonio Ave.
Chino, CA 91710


Lorenzo Ramos
4243 Myrrh Ave.
Compton, CA 90220


LUCILA HERNANDEZ
657 W 15TH STREET
San Pedro, CA 90731


LUIS MARROQUIN
16997 ESCALA DR
Victorville, CA 92395


LUIS NELSON RODRIGUEZ
16007 MERRILL AVE  110N
Fontana, CA 92335

LUIS RAMOS
6759 Cherry Ave Apt #3
Long Beach, CA 90805


MADISON HONG
14547 RATH ST
La Puente, CA 91744


MAHN MAI
22219 Gulf Ave
Carson, CA 90745


MANRIQUE ORELLANA
11750 DANA DRIVE
Adelanto, CA 92301


MANUELA COLONIA
745 W. 3rd St. Apt #322
Long Beach, CA 90802


Marcelo E Burgos
3031 Pacific Ave
Long Beach, CA 90806


MARCO A. RAMOS GARCIA
6604 MENLO AVE
Los Angeles, CA 90044


MARCO SAGET
14811 1/2 VICTORY BLVD
Van Nuys, CA 91411

Maria Garcia
10025 San Gabriel Ave #D
South Gate, CA 90280


MARIA JOSE RAMOS
18 N. MAR VISTA AVE
Wilmington, CA 90744


MARIA RAMOS
518 N Mar Vista Ave
Wilmington, CA 90744


MARIA VIADO
22818 Oak Knoll Dr.
Carson, CA 90745


MARIANO E. VALLE
1565 W. 228st
Torrance, CA 90501


MARIO FERNANDO AGUIRRE
1813 W. 65TH STREET
Los Angeles, CA 90047


MARIO POLANCO
2219 ALLSTON ST.
Montebello, CA 90640


MARK KWANGIL KIM
1352 Orange Grove CIR
Corona, CA 92879

MARTIN MORALES
112 E 76TH PLACE
Los Angeles, CA 90003


Martin Tijerina
6568 Gundry Ave
Long Beach, CA 90805


MATTHEW HOANG
11521 Garden Grove Blvd., Unit A
Garden Grove, CA 92843


McAvoy & Rivera
3008 First Avenue
San Diego, CA 92103


MHAN RHEE
1261 GABRIEL GARCIA MARQUEZ APT. D
Los Angeles, CA 90033


MICHAEL TA
505 N SIERRA VISTA ST, APT A
Monterey Park, CA 91755


MIGUEL ANGEL LARIOS
417 W F STREET
Ontario, CA 91762


MIGUEL ELIAS AGUILAR
4645 PACIFIC AVE
Riverside, CA 92509

Miguel G Lopez
6915 Myrtle Ave.
Long Beach, CA 90805


MIGUEL LOUIE TRINIDAD
1905 CEDAR ST. #4
Alhambra, CA 91801


MIGUEL VERDUZCO
444 E HARRISON AVE
Pomona, CA 91767


Mike Luong
13192 BENTON ST. #6
Garden Grove, CA 92843


MIKE YOO
25417 BELLE PORT AVE. #3
Harbor City, CA 90710


NAIRA CASTILLO
4169 CARLIN AVE., APT# 107
Lynwood, CA 90262


NAM PHAM
4211 W FIRST ST #69
Santa Ana, CA 92703


NATHANIEL PAZ
5566 FULLERTON AVE
Buena Park, CA 90621

Nelson Augusto Munguia
1019 E. 45th St.
Los Angeles, CA 90011


Nguyen Nguyen
9702 Bolsa Ave. #180
Westminster, CA 92683


NGUYEN NGUYEN
14381 Shirley St.
Westminster, CA 92683


Nguyen T Nguyen
9702 Bolsa Ave. #180
Westminster, CA 92683


NGUYET LU
8928 RALPH STREET
Rosemead, CA 91770


Nhut Q Tran
110 N Cooper Drive
Santa Ana, CA 92703


ONE TRANSPORTATION
Attn: Adrian Lee
4561 TOLEDO WAY
Buena Park, CA 90621


Oscar Antulio Enriquez
1953 S. Corning St.
Los Angeles, CA 90034

OSCAR GOMEZ
16503 Myra Lane
Cerritos, CA 90703


Oscar Jimenez
718 Amapola Ave., Apt # 8
Torrance, CA 90501


OVIDIO GALDAMEZ
136 E. 36TH PLACE
Los Angeles, CA 90011


Pablo J Quintanilla
2025 W Cambridge St
Los Angeles, CA 90006


Pantaleon M Guerrero
1206 E 16th Street
Long Beach, CA 90813


PAUL PHOA
3409 BRIGHTON ST
Rosemead, CA 91770


Pedro E. Guzman
9485 Hemlock Ave.
Fontana, CA 92335


PEDRO JUAN MELENDEZ
2905 CLAREDON AVE, APT #F
Huntington Park, CA 90255

Pedro Martinez
9485 Hemlock Ave.
Fontana, CA 92335


PEJMON SADRALODABAI
20726 Thornlake Ave
Lakewood, CA 90715


Peter Christoff Gadjev
16201 S Figueroa St.
Gardena, CA 90248


PHILIP TRAN
3744 Ellis Lane
Rosemead, CA 91770


PHILLIP CHANG
1048 SOUTH OXFORD AVE
Los Angeles, CA 90005


Phuong T Nguyen
2620 W Ball Rd. #224
Anaheim, CA 92804


Phuong T Pham
401 Scarborough Circle
Corona, CA 92879


Porfirio A. Zavala
640 W. 131st Street
Compton, CA 90222

QUYNH NGUYEN
10012 PARKVIEW AVE
Westminster, CA 92683


RACHEL GUEVARRA
235 West 223rd St
Carson, CA 90745


RAFAEL TELLES
3311 LIBERTY BLVD.
South Gate, CA 90280


RAMIN SHARIF
6100 EDINGER AVE, APT #725
Huntington Beach, CA 92647


RAMON BABUN
1451 NORTH WARREN AVE.
Long Beach, CA 90813


Randal W. Novotny
Atkinson, Andelson, Loya, Ruud & Ro
12800 Center Court Drive South,
Suite 300
Cerritos, CA 90703


Ricardo Galindo
3333 W. 115th Street
Inglewood, CA 90303


Ricardo Galindo Gomez
3333 W. 115th St.
Inglewood, CA 90303

RICARDO GONZALEZ
917 S. SAN ANTONIO AVE
Pomona, CA 91767


RICARDO VARGAS
3954 ROCKWOOD STREET
Los Angeles, CA 90063


Ricardo Zaldivar
1401 Espanol Ave.
Montebello, CA 90640


RICHARD BURGOS ESPINOZA
3031 PACIFIC AVE
Long Beach, CA 90806


RICHARD KERR
3609 E 1st St, Apt #6
Long Beach, CA 90803


Richard Sourivanh
2222 W La Verne Ave
Santa Ana, CA 92704


RICHARD TRUONG
3547 Ellis Ln
Rosemead, CA 91770


Rigoberto Duarte Monarrez
10301 Long Beach Blvd. Apt#G
Lynwood, CA 90262

Rigoberto Monarrez
10301 Long Beach Blvd. Apt#G
Lynwood, CA 90262


ROBERT ABEL MEJIA
1425 W. 56TH STREET
Los Angeles, CA 90062


ROBERTO LINCANGO
3029 PACIFIC AVE
Long Beach, CA 90806


ROBERTO TRANSITO ARGUETA
7551 BONNIE ST
San Bernardino, CA 92410


ROBIN VERITY
2014 EUCALYPTUS DRIVE
Rosemead, CA 91770


ROMEO ALFONSO GARCIA
7125 LENNOX AVE, APT 158
Van Nuys, CA 91405


RONY CIFUENTES
1728 W. TOWNSEND STREET
Rialto, CA 92377


ROSA RIVERA
2128 East La Palma Ave, Unit #1
Anaheim, CA 92806

ROSALIO F. CANO
18180 FAIRVIEW DR
Fontana, CA 92336


Rudy Roberto Ramirez
43733 Foxton Ave.
Lancaster, CA 93535


Salvador Guzman Encino
3900 W. Fifth St., Apt. # A16
Santa Ana, CA 92703


SALVADOR OBDULIO MANUEL
7256 MILDWOOD AVE APT 4
Canoga Park, CA 91303


Samuel M Dominguez
31737 INDIAN SPRING ROAD
Lake Elsinore, CA 92532


SANDY KIM
6241 LINCOLN AVE #8
Buena Park, CA 90620


SANDY TA
505 N SIERRA VISTA ST, APT A
Monterey Park, CA 91755


Santiago A Aguilar
13123 S. Mona Blvd
Compton, CA 90222

Santiago Aguilar
12103 SOUTH SAN PEDRO STREET
Los Angeles, CA 90061


SCOTT THAN
13261 PINTO ROAD
Garden Grove, CA 92843


SENA KWON
5943 WESTERN AVE.
Buena Park, CA 90621


SERGIO FLORES TRUCKING LLC
6116 FULTON AVE, APT 309
Van Nuys, CA 91401


SILVIA J. MELARA
1055 E. 52ND STREET
Los Angeles, CA 90011


SKY BLUE SERVICES INC
c/o Ramses Suadi
8525 TOBIAS AVE #4
Panorama City, CA 91402


SKY BLUE SERVICES INC
c/o Jose Suadi
8525 TOBIAS AVE #4
Panorama City, CA 91402


SON CHONG YI
2041 VANETTA STREET
Oxnard, CA 93033

STEPHANIE VALLE
11367 POPE AVE.
Lynwood, CA 90262


STEVE MINH TRUONG
11411 JOLA AVE
Garden Grove, CA 92843


Steve V Nguyen
13202 Hoover Street #63
Westminster, CA 92683


STEVE WON ROH
974 S. NEW HAMPSHIRE AVE, STE#1
Los Angeles, CA 90006


Steven V Nguyen
2627 E. La Palma Ave Space #74
Anaheim, CA 92806


SULUFAIGA JR. DEVOUX
500 E. POPPY STREET, APT# 9
Long Beach, CA 90805


SUNG CHOI
23622 Anza Ave., #B
Torrance, CA 90505


SUNG KIM
158 SOUTH WESTMORELAND, APT. 11
Los Angeles, CA 90004

SUNG LIM HAN
5287 ANDREW DR
La Palma, CA 90623


Sung Mun Jung
501 South Kenmore Ave#206
Los Angeles, CA 90020


SUONG LE
2013 DARWIN AVE, APT B
Los Angeles, CA 90031


TAWNY TANG
11020 Califa St
North Hollywood, CA 91601


Thanh V Huynh
8771 Wooley Lane
Garden Grove, CA 92841


THAO TA
19548 VISTA HERMOSA DR
Walnut, CA 91789


THIEN NGUYEN
951 Balboa Dr
Arcadia, CA 91007


Thinh V Nguyen
13202 Dapplegrey Rd
Garden Grove, CA 92843

Thong Pham
8502 Blanche Ave # A
Garden Grove, CA 92841


Thong V Pham
8502 Blanche Ave # A
Garden Grove, CA 92841


Thuy Thanh Vu
12241 Lambert Circle
Garden Grove, CA 92841


TIDARART LOT
4524 E. Galeano St.
Long Beach, CA 90815


Tien Huu Nguyen
323 N. Euclid Ave. SP#18
Orange, CA 92863


TIGRAN GYULYAN
8159 ALLOTT AVE
Panorama City, CA 91402


TIMMY TRAN
5402 W. Flight Ave
Santa Ana, CA 92704


TOM RANKTHONG
2222 LA VERNE
Santa Ana, CA 92704

TOMMY C WARREN
1217 E. 80TH STREET
Los Angeles, CA 90001


Tommy Minh Pham
2885 La Vista Ave
Corona, CA 92879


Tommy Ta
13782 Hoover St. SP# 23
Westminster, CA 92683


TONY HOANG
5055 E GARFORD ST #14
Long Beach, CA 90815


Trung Mai
13782 Hoover St. #29
Westminster, CA 92683


TRUNG TRAN
1305 S LAFAYETTE ST
San Gabriel, CA 91776


TRUONG NGUYEN
1001 MEADOWSIDE ST.
West Covina, CA 91792


TY DANG
9092 LISCANOR AVE
Mokena, IL 60448

ULYSSES DEJESUS COREAS
4044 ADOBE DR
Palmdale, CA 93552


VICTOR CASTILLO RIVAS
PO BOX 66
Long Beach, CA 90801


VICTOR CASTRO
c/o KABATECK BROWN KELLNER LLP
644 S. Figueroa Street
Los Angeles, CA 90017


Victor Hugo Torres
1301 Taft Hwy Space# 8
Bakersfield, CA 93307


VICTOR LUIS AYALA
722 SANTA BARBARA STREET, APT#2
Pasadena, CA 91102


VICTOR MANUEL DIAZ
1655 S. CLIVEDEN AVE
Compton, CA 90220


VICTOR MANUEL JR. CASTRO
9913 Artesia Blvd., Apt #4
Bellflower, CA 90706


VICTOR MOLINA
1103 S. ATLANTIC DRIVE APT. 1
Compton, CA 90221

VICTOR MORALES
420 N. CORONADO TER., APT 5
Los Angeles, CA 90026


Victor Torres
1301 Taft Hwy Space# 8
Bakersfield, CA 93307


VICTOR XU
511 18th Ave
San Francisco, CA 94121


VINCENT PHAM
3402 Bartlett Ave
Rosemead, CA 91770


Vu X Nguyen
4801 W First Street #22
Santa Ana, CA 92703


Walter Guzman
2810 Maple Ave
Los Angeles, CA 90011


WALTER MENDIETA
11863 E. 168th
Artesia, CA 90701


WALTER OTILIO FUENTES LOVOS
429 E. HARWARD RD. APT #A
Burbank, CA 91501

WILFREDO A. PENA
1686 W. 261 St.
Harbor City, CA 90710


WILMER Y RODAS
5292 PACIFIC AVE
Long Beach, CA 90805


WILSHIRE TRUCKING INC
6241 LINCOLN AVE #20
Buena Park, CA 90620


Yadira M Castillo
1252 W 90Th Place
Los Angeles, CA 90044


YANG SEOK MOON
3707 GARNET ST, APT 216
Torrance, CA 90503


YOUNG MAN SA
115 S NEW HAMPSHIRE ST, APT 4
Los Angeles, CA 90004


Zacarias J Corea
22712 Figueroa St #13
Carson, CA 90745


Zal Mobed
6100 EDINGER AVE APT#224
Huntington Beach, CA 92647